GEORGE E. THOMPSON, JR., an Infant, by GEORGE E. THOMPSON, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21695.) — Judgment affirmed, with costs. All concur. (The judgment awards claimant damages for negligence in permitting culvert to cause water to overflow the road.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

BESSIE SCHWARTZ, Respondent, v. FIRST TRUST AND DEPOSIT COMPANY, Appellant.*— Judgment reversed on the law and a new trial granted, with costs in all courts to the appellant to abide the event. (The judgment awarded plaintiff a joint bank account.) Present — Taylor, Edgcomb, Thompson and Crosby, JJ.

ERNST IRON WORKS, INCORPORATED, Respondent, v. DURALITH CORPORATION, Appellant, and Another, Defendant.— Judgment affirmed, with costs. Memorandum: We deem the alleged error in the charge unsubstantial and not sufficient to warrant a reversal. All concur. (The judgment awards plaintiff damages for fraud and misrepresentation.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

THOMAS A. MACALLISTER, Respondent, v. THE NETHERLAND COMPANY, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff damages for wife's injuries from broken glass in a milk bottle.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE SMALL, Appellant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of unlawful escape.) Present — Taylor; Edgcomb, Thompson, Crosby and Lewis, JJ.

RAYMOND A. KEYMEL, Respondent, v. FRANK PETERHAM and Others, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff recovery of moneys paid for securities.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.

CAROLYN DORR, Respondent, v. FRANK FEDIGAN, Defendant, and AUGUST A. LANGENBAHN, JR., and Another, Appellants.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The orders deny motions to vacate notices of examination before trial.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

In the Matter of the Application of HERBERT E. WELDEN, Town Superintendent of Highways of the Town of Warren, Herkimer County, New York, Respondent, for a Peremptory Order of Mandamus against D. WHEELER FINCH, as Supervisor of Said Town of Warren, and Others, Appellants.— Order affirmed, with costs. All concur. (Mandamus to compel audit of claim for salary as town superintendent of highways.) Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.